**In the**
# CIRCUIT COURT
## of St. Louis County, Missouri

Plaintiff(s): PS Kids, LLC

vs.

Defendant(s): Paymaster Business Services et al.

Date: 11/24/14

Case Number: 14SL-CC00018

Division: 19

**FILED**
NOV 24 2014
JOAN M. GILMER
CIRCUIT CLERK, ST LOUIS COUNTY

For File Stamp Only

## ORDER

Defendant TCE Global's motion to dismiss for lack of personal and subject matter jurisdiction is called, heard and denied.

Plaintiff's motion for interlocutory default as to Paymaster Business Services, Inc., Paymaster Business Solutions, Inc., Paymaster Payroll Services, Inc., and Brad Ferguson is called, heard and granted. Said defendants are hereby in default pursuant to Rule 74.05 (b).

**SO ORDERED**

Judge: Gloria C. Reno

ENTERED: 11/24/2014

CCOPR47 Rev. 5/95

Attorney / Bar No. 45047

Address

Phone No. / Fax No.

Attorney #33715 — TCE global / Bar No.

Address: Tyler Schaeffer 60847 — AMPAY

Phone No. / Fax No.