IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
STATE OF MISSOURI

PS KIDS LLC, )
 )
    Plaintiff, )
 )
v. ) No. 14SL-CC00185
 )
PAYMASTER BUSINESS SERVICES, ) Division No. 19
INC., et al. )

**FILED**

JUL 2 6 2016

JOAN M. GILMER
CIRCUIT CLERK, ST LOUIS COUNTY

### PS KIDS LLC'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW Plaintiff, by and through undersigned counsel, and hereby voluntarily dismisses without prejudice pursuant to Rule 67.02 (a) its claims against Brad Ferguson, Paymaster Business Services, Inc., Paymaster Business Solutions, Inc. and Paymaster Payroll Services, Inc. Plaintiff's claims against MPay, Inc. remain.

So Ordered:
Gloria C. Reno
7/26/2016

WILLIAMS VENKER & SANDERS, LLC

By /s/ Michael B. Hunter
    Michael Hunter, #45097
    100 North Broadway, 21st Floor
    St. Louis, Missouri 63102
    314/345-5000
    314/345-5055 (FAX)
    ATTORNEYS FOR PLAINTIFF
    PS KIDS LLC

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of July, 2016, I electronically filed the foregoing with the Clerk of the Court using the Missouri Courts electronic filing system, which sent notification of such filing to all counsel of record. I further certify that I signed, or caused my electronic signature to be placed upon, the original of the foregoing document.

Joe D. Jacobson, Esq.
Jacobson Press & Fields, P.C.
168 North Meramec Avenue, Suite 700
Clayton, MO  63105
(314) 899-9790
(314) 899-0282 FAX
Jacobson@ArchCityLawyers.com
Attorneys for Defendant TCE Global, Inc.

T. Michael Ward, Esq.
Teresa M. Young, Esq.
Brown & James, P.C.
800 Market Street, Suite 1100
St. Louis, Missouri  63101
mward@bjpc.com
tyoung@bjpc.com
(314) 421-3128 FAX
Attorneys for Defendant MPAY, Inc.

And mailed, US First Class, Postage Prepaid to:

Bradley Ferguson, Register # 41619-044
c/o USP Leavenworth
U.S. Penitentiary
P.O. Box 1000
Leavenworth, KS  66048
Defendant and registered agent for Paymaster Defendants

/s/ Michael B. Hunter